IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANA MARTIN,

    Plaintiff,                                       JUDGMENT IN A CIVIL CASE

v.                                                Case No.  14-cv-410-bbc

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

      This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice for plaintiff's failure to prosecute.


/s/                                                          January 14, 2015

Peter Oppeneer, Clerk of Court                       Date